Thomas H. FLUHARTY, in his official capacity as Bankruptcy Trustee; Thomas J. Jacquez, husband; Diana R. Jacquez, wife, Plaintiffs-Appellants,

v.

CITY OF CLARKSBURG, a municipal corporation and political subdivision; James C. Hunt; Margaret H. Bailey; Martin G. Howe; Adam Barberio; H. Keith Kesling; Jonathan R. Davis, Defendants-Appellees.

No. 17-1177

United States Court of Appeals, Fourth Circuit.

Submitted: December 21, 2017

Decided: January 8, 2018

J. Michael Benninger, BENNINGER LAW, PLLC, Morgantown, West Virginia; Jay T. McCamic, MCCAMIC, SACCO & MCCOID, PLLC, Wheeling, West Virginia, for Appellants. Keith C. Gamble, Kenneth L. Hopper, PULLIN, FOWLER, FLANAGAN, BROWN & POE, Morgantown, West Virginia, for Appellees.

Before DUNCAN and DIAZ, Circuit Judges, and Paula XINIS, United States District Judge for the District of Maryland, sitting by designation.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Herbert Fluharty, Thomas J. Jacquez, and Diana R. Jacquez appeal the district court's order dismissing their civil rights complaint. We have reviewed the record and find no reversible error. We agree with the district court that the Appellants' action was barred by the applicable statute of limitations and was not tolled or saved by the continuing violation doctrine. We also agree with the district court that the Appellants failed to establish a violation of their procedural due process rights. Accordingly, we affirm for the reasons stated by the district court. *Fluharty v. City of Clarksburg*, No. 1:14-cv-00027-IMK-MJA (N.D.W. Va. Apr. 3, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*